*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided March 24, 2004

STATE OF CONNECTICUT *v.* THADDEUS SINGLETON

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 81 Conn. App. 409 (AC 22906), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the state did not meet its burden of persuasion that the defendant had violated the terms of his probation?"

The Supreme Court docket number is SC 17156.

*Toni M. Smith-Rosario*, assistant state's attorney, and *Proloy K. Das*, deputy assistant state's attorney, in support of the petition.

*Kirstin B. Coffin*, special public defender, in opposition.

Decided March 24, 2004

"1. Did the Appellate Court properly conclude that the defendant was entitled to qualified immunity?